suspension. Respondent has satisfied all the requirements of this court's order of suspension. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and respondent, Jerald Bruce Kipp, is hereby reinstated to the practice of law.

| | | |
|---|---|---|
| In re Report of the Commission | : | |
| On Continuing Legal Education. | : | |
| | : | CLE–2006–25486 |
| Jerald Bruce Kipp | : | |
| ( # 0025486), | : | ORDER |
| Respondent. | : | |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education ("commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 2004–2005 reporting period.

On April 27, 2007, this court entered an order against respondent adopting the recommendation of the commission that respondent be suspended and ordered to pay a sanction in the amount of $100.00 for failure to comply with Gov.Bar R. X during the 2004–2005 reporting period.

On May 9, 2007, respondent filed a motion to vacate, requesting that the order of April 27, 2007, be vacated. Upon consideration thereof,

It is ordered by the court that the motion to vacate fails for want of four votes.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., voted to grant the motion.

MOYER, C.J., LANZINGER and CUPP, JJ., voted to deny the motion.

O'CONNOR, J., not participating.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–1299.   State ex rel. Internatl. Truck & Engine Corp. v. Indus. Comm.
Franklin App. No. 06AP–949, 2007-Ohio-3289.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### July 30, 2007

[Cite as *07/30/2007 Case Announcements,* 2007-Ohio-3797.]

## MOTION AND PROCEDURAL RULINGS

2007–1159.   State ex rel. Edwards v. Griffin.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's notice of corrected service,

It is ordered by the court that the relator may file a response to the motion to dismiss no later than August 6, 2007.

## MISCELLANEOUS DISMISSALS

2006–1697.   Chillicothe Tel. Co. v. Pub. Util. Comm.
Public Utilities Commission, No. 05–1298–TP–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,